IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN CLARK,

    **Plaintiff,**

v.                                                      Case No. 4:23-cv-48-AW-MJF

SERGEANT WATSON, et al.,

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

After Plaintiff failed to prosecute and failed to comply with multiple court orders, the magistrate judge issued a report and recommendation concluding the court should dismiss without prejudice. ECF No. 17. I have carefully that report and recommendation, and I have carefully considered de novo the issues raised in ECF No. 18, which I construe as an objection to the report and recommendation.

I have determined the report and recommendation should be adopted, and I now adopt it and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to prosecute and failure to comply with a court order." The clerk will then close the file.

SO ORDERED on June 21, 2023.

                                                         s/ *Allen Winsor*
                                                         United States District Judge